606    Appellate Courts of Illinois.

Aetna Life Ins. Co. v. Wadeford Electric Co., 191 Ill. App. 606.

other disposition of his own property as he might see fit * * * we see no reason why the contract was not mutual and could not be enforced by either of the parties thereto, one against the other.'' We think this opinion is decisive of the point before us. It follows therefore that the plaintiff, having been the means of procuring the execution of a valid and enforceable contract between the parties was entitled to the commission as therein provided.

We do not think there is any merit in the point that Harold J. Derby, an alleged copartner of the plaintiff, should also have been made a plaintiff. An examination of the record does not sustain the contention of the defendants that there is a copartnership consisting of Frank N. Derby and Harold J. Derby.

We see no reason to disturb the finding and judgment, and the judgment is affirmed.

*Affirmed.*

## Aetna Life Insurance Company, Defendant in Error, v. Wadeford Electric Company, Plaintiff in Error.

### Gen. No. 20,693.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. James C. Martin, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed March 8, 1915.

### Statement of the Case.

Action by Aetna Life Insurance Company, plaintiff, against Wadeford Electric Company, a corporation, defendant, to recover premiums alleged to be due under certain policies of liability insurance issued at the special instance and request of defendant.

Defendant's affidavit of defense was struck from the files, as was also its amended affidavit of defense. No propositions of law were submitted.

To reverse judgment for plaintiff for $82.22 entered on his affidavit of claim, defendant prosecutes this writ of error.

DANIEL M. MICKEY, for plaintiff in error.

FREDERICK K. WARNE, for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 27*—*when motions and orders not reviewable.*  Motions and orders striking affidavits of defense from the files cannot be reviewed on a writ of error unless they are preserved by a bill of exceptions.

2. MUNICIPAL COURT OF CHICAGO, § 26*—*when matters not preserved in record not reviewable.*  On a writ of error to reverse a judgment in an action to recover premiums alleged to be due under insurance policies, where the policies are not preserved in the record, the court cannot consider their provisions.

---

**The Lord & Bushnell Company, Defendant in Error, v. W. J. Campbell, trading as W. J. Campbell Lumber Company, Plaintiff in Error.**

**Gen. No. 20,726.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the October term, 1914. Reversed and judgment here. Opinion filed March 8, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.